# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-39 |
| v. | |
| PATRICK L. KEATING | VIOLATION 18 U.S.C. § 2113(a) |
| | 18 U.S.C. § 981(a)(1)(C) |
| | 28 U.S.C. § 2461(c) |
| Defendant, | 18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Bank Robbery

That on or about January 12, 2019, in the Valdosta Division of the Middle District of Georgia, the defendant,

**PATRICK L. KEATING,**

by force, violence and intimidation, did take from the person and presence of, AM, AS, and JL whose identities are known to the Grand Jury, approximately $2,300, belonging to and in the care, custody, control, management and possession of Synovus Bank, 2704 East Pine Tree Boulevard, Thomasville, Georgia, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO
### Bank Robbery

That on or about January 24, 2019, in the Albany Division of the Middle District of Georgia, the defendant,

**PATRICK L. KEATING,**

aided and abetted by "A," a person whose identity is known to the Grand Jury, by force, violence and intimidation, did take from the person and presence of MM, TC, and WA., whose identities are known to the Grand Jury, approximately $10,000, belonging to and in the care, custody, control, management and possession of Peoples South Bank, 1449 Tallahassee Highway, Bainbridge, Georgia, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Sections 2113(a) & 2.

## FORFEITURE NOTICE
## Criminal Forfeiture –18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)

1.  The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c).

2.  Upon conviction of the offense(s) in violation of Title 18, United States Code, Section 2113(a) set forth in Counts One and Two, the defendant,

### PATRICK L. KEATING,

shall forfeit to the United States of America any property, real or personal, which constitutes, or is derived from, or is traceable to the proceeds obtained directly or indirectly from the commission of said violation(s) including, but not limited to a money judgment in an amount to be determined.

3.  If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon exercise of due diligence;

    (b) has been transferred, sold to or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) through Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*

FOREPERSON OF THE GRAND JURY

PRESENTED BY:

CHARLES E. PEELER
UNITED STATES ATTORNEY

JIM CRANE
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* __13__ *day of* _____ *A.D. 20* __19__.

*Deputy Clerk*